IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-CR-0048 (WLS-ALS-13) |
| | : | |
| TEVIN PARKER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is a Recommendation (Doc. 741) from United States Magistrate Judge Alfreda L. Sheppard. In the Recommendation, Judge Sheppard recommends that Defendant Tevin Parker's Motion to Vacate (Doc. 718) under 28 U.S.C. § 2255 be denied.

The Recommendation gave the Parties 14 days to object but neither did. The Court thus reviews the Recommendation for plain error and manifest injustice. *See United States v. Aponte*, 461 F. App'x 828, 830 n.2 (11th Cir. 2012). Upon full review and consideration of the Record, the Court finds neither plain error nor manifest injustice in Judge Sheppard's Recommendation. The Recommendation (Doc. 741) is thus **ACCEPTED**, **ADOPTED**, and made the Order of this Court, for reason of the findings made and reasons stated therein. Hence Parker's Motion to Vacate (Doc. 718) is **DENIED**. The Court also concurs with Judge Sheppard that there is no substantial showing of the denial of a constitutional right. Thus, a certificate of appealability is likewise **DENIED**.

**SO ORDERED**, this 4th day of June 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATESDISTRICT COURT**